Maria C. Rodriguez. (SBN 194201)
Benjamin M. Gipson (SBN 222830)
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Tel:  310.595.3000
Fax:  310.595.3334
maria.rodriguez@dlapiper.com
ben.gipson@dlapiper.com

Attorneys for Defendant
AIRCOM INTERNATIONAL, INC.

**ABROLAT LAW P.C.**
Nancy L. Abrolat (SNB 149799)
Edward E. Kim (SBN 183022)
Kevin A. McDowell (SBN 211154)
Continental Park
840 Apollo Street, Suite 321
El Segundo, California 900245
Tel: 310-615-0008
Fax: 310-615-0009

Attorneys for Plaintiffs
SHERRI STEWART and GITA IGHANIAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI STEWART, GITA IGHANIAN individually and on behalf of all employees similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>ERICSSON COMMUNICATIONS, INC.; AIRCOM INTERNATIONAL, INC. dba AIRCOM CONTRACTOR SERVICES; DIXIE DE LA ROSA; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. CV 12-6272-JSC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 30 DAYS (L.R. 6-1)** |

-1-

## RECITATIONS AND STIPULATION

1.  Plaintiffs Sherri Stewart and Gita Ighanian ("Plaintiffs") filed a complaint against AIRCOM International, Inc. ("AIRCOM"), Ericsson Communications, Inc., and Dixie De La Rosa on July 26, 2012 in the Superior Court for the County of Alameda alleging claims under California wage and hour laws and regulations and the California Business and Professions Code. The case is titled *Stewart, et al. v. AIRCOM International, Inc., et al.*, No. RG 12640926. On September 19, 2012, the Complaint was amended to add Ericsson, Inc. ("Ericsson") as a party to the case. The summons and complaint was served on Ericsson on or about October 17, 2012. AIRCOM accepted service of the summons and complaint on November 12, 2012. Neither Ericsson Communications, Inc. nor Dixie De La Rosa have been served.

2.  On December 11, 2012, AIRCOM filed a Notice of Removal in the state court action and removed the case to federal court. Under Federal Rule of Civil Procedure 81(c)(2), AIRCOM and Ericsson's responsive pleading is currently due December 18, 2012 – 7 days after removal.

3.  On December 13, 2012, counsel for both parties met and conferred extensively in good faith pursuant to Central District Local Rule 1-5(n) regarding Defendant's anticipated motion to dismiss and/or strike under Federal Rule of Civil Procedure 12(b)(6) and are still in discussions regarding the same.

4.  In furtherance of the spirit of Local Rule 1-5(n) and to narrow any motions to only those issues in dispute, the parties hereby stipulated to extend the time for AIRCOM and Ericsson to respond to the initial complaint for 30 days, up to January 17, 2013 pursuant to Local Rule 6-1 to allow time for the Parties to enter into further stipulations regarding Plaintiffs' amended complaint (if any), and the briefing schedule for AIRCOM and Ericsson's motion to dismiss (if any).

Dated: _December 17, 2012          **DLA PIPER LLP (US)**

By: /s/ Benjamin M. Gipson
MARIA C. RODRIGUEZ
BENJAMIN M. GIPSON
Attorneys for Defendant
AIRCOM INTERNATIONAL, INC..

**ABROLAT LAW P.C.**

Dated: December 17, 2012

By: /s/ Edward E. Kim
NANCY L. ABROLAT
EDWART E. KIM
KEVIN A. MCDOWELL
Attorneys for Plaintiffs
SHERRI STEWART and GITA IGHANIAN

Dated: December 18, 2012

APPROVED
*Jacqueline S. Corley*
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA