UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHERRI STEWART, et al.,

    Plaintiffs,

    v.

ERICSSON COMMUNICATION, INC., et al.,

    Defendants.

No. C 12-6272 PJH

**ORDER RE MOTION FOR FINAL APPROVAL**

    The court is in receipt of plaintiffs' motion for final settlement approval, filed on February 25, 2014. However, the motion leaves open a number of questions regarding the claims process and the status of the claims submitted by the class members. Accordingly, the court orders plaintiffs to file a chart containing a list of the 38 putative class members, and providing the following information for each putative class member:

    – the status of the notice and claim form package (i.e., for each of the 38 putative class members, the chart should indicate whether the package was presumptively received, or whether the package was returned as undeliverable),

    – whether the class member is a current or former employee of defendant,

    – whether the class member submitted a timely, valid claim form (or if not, whether the class member submitted an untimely and/or invalid claim form), and

    – whether the class member was one of the individuals who "communicated with class representative, Sherri Stewart, and class counsel, and [] informed them they wish to submit claims," as described in the parties' February 12, 2014 stipulation.

    Because this chart will contain employee names, the parties may file it under seal. The chart must be filed no later than **12:00pm (noon)** on **Tuesday, March 4, 2014**.

**IT IS SO ORDERED.**

Dated: February 28, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge